IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DARREN J. GANIM,

   Appellant,

v.

FLORIDA HIGHWAY SAFETY
AND MOTOR VEHICLES and
DEPARTMENT OF
FINANCIAL SERVICES,

   Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4046

Opinion filed February 19, 2015.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Darren J. Ganim, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Antony D. Constantini, Assistant
Attorney General, Tallahassee, for Appellees.

PER CURIAM.

  AFFIRMED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.